FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 0 6 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# United States District Court

### NORTHERN DISTRICT OF GEORGIA

ORIGINAL

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | |
| **GUADALUPE SALGADO** | **CRIMINAL COMPLAINT** |
| **ROBERTO BUSTOS** | **CASE NUMBER 1:11-MJ-____** |
| **ECTOR JAVIER AGUILAR** | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>September 4, 2011</u> in <u>Fulton</u> County, in the Northern District of Georgia defendants

conspired to distribute and possess with the intent to distribute cocaine, a Schedule II controlled substance, and possessed cocaine, a Schedule II controlled substance, with intent to distribute it in violation of Title <u>21</u> United States Code, Section(s) <u>841(a)(1), (b)(1)(A)(ii), and 846.</u>

I further state that I am a Special Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof.     (X ) Yes     ( ) No

_____
Signature of Complainant
John Paul Clark

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendants have committed it. Sworn to before me, and subscribed in my presence

<u>September 4, 2011</u>     at     <u>Atlanta, GA</u>
Date                                      City and State

E. CLAYTON SCOFIELD, III
<u>United States Magistrate Judge</u>     _____
Name and Title of Judicial Officer         Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF
## COMPLAINT

I, John-Paul Clark, Special Agent of the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), being duly sworn under oath, hereby state that the following is true and correct to the best of my knowledge and belief:

## INTRODUCTION

1.     I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered to conduct investigations of or to make arrests for offenses enumerated in Title 18, United States Code, Section 2516. I submit this Affidavit seeking a complaint for the following individuals because probable cause exists to believe that they have committed a violations of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846 committed in the Northern District of Georgia and elsewhere:

      a. GUADALUPE SALGADO (SALGADO),

      b. ROBERTO BUSTOS (BUSTOS), and

      c. ECTOR JAVIER AGUILAR (AGUILAR).

## AFFIANT'S BACKGROUND

2.      I am an ICE Special Agent and have been so employed since November 12, 2006.  In that capacity, I have completed the Criminal Investigator Training Program and ICE Special Agent Training at the Federal Law Enforcement Training Center ("FLETC").  I currently am assigned to the ICE Atlanta Organized Crime Drug Enforcement Task Forces ("OCDETF") Strike Force located in Atlanta, Georgia.

3.      Prior to my Special Agent position with ICE, I was a United States Customs and Border Protection ("CBP") Officer at the port of Wilmington, North Carolina for three years.  During those three years, I was part of the Anti-Terrorism Contraband Enforcement Team.   While with CBP, I completed basic law enforcement training at the CBP Academy at FLETC.

4.      I have received training, both formal and informal, in drug trafficking and money laundering investigations.  I have attended courses in telephone and internet investigations.   I have participated in and conducted investigations resulting in arrests of individuals who smuggled, received, and distributed controlled substances, and seizures of illegal narcotics and narcotics proceeds. Further, in connection with these and other narcotics cases, I have conducted follow-up investigations relating to the laundering and concealment of assets,

analysis of bank and other financial records, and identification of co-conspirators through ledgers, telephone bills, records, and photographs.

5.     I have participated in investigations involving the following types of drugs: cocaine, methamphetamine, and marijuana.  I am familiar with and have used many of the traditional methods of investigation, including, without limitation, visual surveillance, electronic surveillance, informant and witness interviews, interrogation, and undercover operations.  Additionally, I have been the affiant on Title III applications for wire tap investigations.

6.     As part of my duties as an ICE Special Agent, I have been involved in the debriefing of defendants, witnesses, and informants, as well as others who have knowledge of the distribution and transportation of controlled substances and of the laundering and concealing of proceeds derived from drug trafficking.  Further, I have participated in numerous narcotics investigations in which I have conducted or participated in physical surveillance, electronic surveillance, undercover transactions, and the execution of search warrants.

7.     I have participated in numerous investigations involving money laundering and drug trafficking organizations that unlawfully smuggle controlled substances into the United States and then smuggle proceeds from the illegal sale of those controlled substances (usually in United States Currency) out of the

United States. Those organizations tend to use established smuggling routes to facilitate their drug smuggling and money laundering activities.

8.      Based upon training and experience, including interviews conducted with defendants, informants, and other witnesses to, or participants in, drug trafficking activity, I am familiar with the ways in which drug traffickers conduct their business, including the various means and methods by which drug traffickers import and distribute drugs; use cellular telephones, digital display paging devices, and calling cards to facilitate drug activity; and use numerical codes and coded language to conduct their transactions. In my experience, drug traffickers often obtain cellular telephones in fictitious names and/or the names of third parties in an effort to conceal their drug trafficking activities from law enforcement. I also am familiar with the ways in which drug traffickers conceal, convert, transmit, and transport their drug proceeds, including, without limitation, the use of couriers to transport currency and proceeds, the use of third parties and nominees to purchase or to hold title to assets, the use of electronic wires, and the use of offshore accounts.

9.      I also know from training and experience that drug traffickers periodically change or "drop" their telephones and/or telephone numbers in an attempt to avoid law enforcement interception of their conversations. Moreover, it

is my experience that narcotics distributors purposefully use multiple communication devices (for example, cellular telephones) to keep law enforcement from understanding the full scope of their own and/or their organization's illicit conduct, in the event that their communications are being intercepted. I also know that drug traffickers frequently use text messaging to communicate with other traffickers in an effort to thwart law enforcement interception of communications.

## BASIS FOR FACTS CONTAINED IN THIS AFFIDAVIT

10.    The information contained in this Affidavit in support of a search warrant is based on my own personal knowledge of this case, as well as information relayed to me by other law enforcement authorities and various sources of information, which are further described below. The facts related in this Affidavit do not reflect the totality of information known to me or other officers and merely the amount needed to establish the probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a warrant should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this affidavit in support of the application for search warrant.

## FACTUAL SUMMARY — PROBABLE CAUSE BASIS

11.    At approximately 2:02 p.m., ICE agents conducting surveillance in south Fulton County, Georgia in the area of the Farmer's Market saw BUSTOS

driving white 2000 Ford Cutaway Van (the "BOX TRUCK"), bearing Georgia tag number BRW-7215, registered to AGUILAR, DOB: 11/19/1981 at 2350 Cobb Parkway SE, Apartment 17-B, Smyrna, GA 30080 with SALGADO, and AGUILAR inside.

12.   At approximately 2:11 p.m., an officer of the Georgia State patrol activated his patrol car's blue lights after observing the BOX TRUCK commit a traffic offense. The patrol officer stated that as the BOX TRUCK came to a stop, AGUILAR and BUSTOS exited the BOX TRUCK and attempted to flee the scene. The patrol officer secured the driver, SALGADO at gun point, while additional agents ultimately found and secured AGUILAR and BUSTOS.

13.   Law enforcement used a narcotics detection K-9 to perform a free air sniff.  The K-9 gave a positive alert to the presence of narcotics inside the BOX TRUCK.  Law enforcement searched the BOX TRUCK and found approximately 180 bundles, believed to be kilograms of suspected cocaine in the back of the BOX TRUCK.  A sample from one of the bundles was taken and field tested positive for the presence of cocaine.

14.   In addition, agents found a stack of business cards inside the BOX TRUCK which read, "La Hacienda Produce Mex Corp Wholesale Produce, 5061 Kennedy Road, Forest Park, Georgia, 30297," (the SUBJECT PREMESIS) bearing

an office number of   404-361-3618".   Agents traveled to the SUBJECT PREMESIS, and it was discovered that the SUBJECT PREMESIS, was located approximately .3 miles from the location of the traffic stop of the BOX TRUCK. The SUBJECT PREMESIS also has a sign which reads, "La Siembra Produce Wholesale, 404-361-3618".   Although the name on the business cards and the sign on the SUBJECT PREMESIS differ, checks of the Georgia Secretary of State website reveals that La Hacienda Produce Mex Corp Wholesale Produce and La Siembra Produce Wholesale are in fact, the same business.   La Hacienda Produce Mex Corp Wholesale Produce was the previous name of the business, with La Siembra Produce Wholesale being the current name for the business.

15.   Agents also discovered a Gray 1994 Nissan Sentra, bearing Georgia tag BID-5320, registered to SALGADO at 209 Cedar Way SE, Marietta, Georgia 30030 parked in front of the SUBJECT PREMESIS.

16.   Following the arrest of SALGADO, Spanish-speaking agents advised SALGADO of his Miranda Rights at approximately 4:28 p.m.   SALGADO agreed to speak with agents.   According to SALGADO, SALGADO is presently in the United States illegally and has been deported from the United States on a previous occasion.   SALGADO also stated that AGUILAR is SALGADO'S brother-in-law. SALGADO further stated that he was going to be paid $20,000 to drive the BOX

TRUCK to a warehouse, pick up a shipment and drive the shipment to another warehouse. SALGADO further stated that he was asked to do the job last night (September 3, 2011). SALGADO further stated that he had no knowledge of where he was going and that AGUILAR and BUSTOS were giving him directions as SALGADO drove the BOX TRUCK to and from the warehouses.

## *CONCLUSION*

17. For the foregoing reasons, probable cause exists to believe that SALGADO, AGUILAR, and have committed violations of Title 21, United States Code, Section(s) 841(a)(1), (b)(1)(A)(ii), and 846.