IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

-- versus --                               CASE NO. 1:11-CR-462

ROBERTO BUSTOS OCAMPO


MOTION FOR SUBSTITUTION OF COUNSEL
AND ENTRY OF APPEARANCE

COMES NOW the undersigned, JEFF P. MANCIAGLI, and states that he has been retained by Defendant to represent him in the above-styled matter, and requests that he be substituted as attorney of record for his current attorney, Stephen Scarborough, Esq.

The undersigned hereby enters his appearance as counsel of record in this matter. My address and phone number are as follows:

Jeff P. Manciagli
66 Lenox Pointe NE
Atlanta, GA 30324
770.234.9744

                                        Respectfully submitted,

                                        /s/ Jeff P. Manciagli
                                        Jeff P. Manciagli
                                        Counsel for Defendant
                                        Georgia Bar No. 468578

CERTIFICATE OF SERVICE

    This is to certify that I have this day electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send email notifications of such filing to the following:

>Amanda Schlager Wick, Esq.
>Assistant United States Attorney
>75 Spring Street, SW
>Suite 600
>Atlanta, GA 30303
>
>Stephen Scarborough, Esq.
>127 Peachtree Street NE, Suite 905
>Atlanta, GA 30303

This 13th day of February, 2012.

                    /s/ Jeff P. Manciagli
                    Jeff P. Manciagli
                    Counsel for Defendant
                    Georgia Bar No. 468578

66 Lenox Pointe NE
Atlanta, GA 30324
770.234.9744